**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| WENDELL LONG, | : | No. 697 MAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| v. | : | |
| | : | |
| | : | |
| KENNETH D. KYLER, | : | |
| | : | |
| Respondent | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 14th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.